UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-cv-80739-AMC

VENTRON MANAGEMENT LLC,

    Plaintiff,

vs.

ICA RISK MANAGEMENT CONSULTANTS,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff Ventron Management LLC ("Ventron") and Defendant ICA Risk Management Consultants ("ICA") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a), jointly stipulate and agree that this case be and hereby is dismissed with prejudice. The Parties agree that they will each bear their own fees and costs.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully submitted, |
| | |
| | **REED SMITH LLP** |
| | 200 S. Biscayne Blvd, Ste 2600 |
| | Miami, FL 33131 |
| | Telephone: (786) 747-0200 |
| | Fax: (786) 747-0299 |
| | |
| | */s/ Matthew B. Weaver* |
| | **Matthew B. Weaver** |
| | Florida Bar No. 42858 |
| | mweaver@reedsmith.com |
| | **Christopher T. Kuleba** |
| | Florida Bar No. 105302 |
| | ckuleba@reedsmith.com |
| | |
| | *Counsel for Plaintiff* |

CASE NO. 9:23-cv-80739-AMC

**LAVIN RINDNER DUFFIELD LLC**
3811 Frederica Road
St. Simons Island, GA 31522

*/s/ Lena Mirilovic*
Lena Mirilovic
Florida Bar No. 92492
lmirilovic@lrd.law
Marc E. Rindner
(admitted *pro hac vice*)
mrindner@lrd.law

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Matthew B. Weaver*
**Matthew B. Weaver**